```
STEVEN D. WERTH, State Bar No. 121153
swerth@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045
```

Attorneys for Defendant
SENECA FAMILY OF AGENCIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M.F., a minor, by and through his Parent and Guardian, at Litem, Stephanie FARRAJ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT, SENECA FAMILY OF AGENCIES and individuals Eydie Dalton-Sausedo, Tammy Watson, Charmaine Wood, Jonathan Lyon, Edward Dorsey, Itoco Garcia, Matthew Clark, Miriam Galavin; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-06409-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING EARLY SETTLEMENT CONFERENCE AND RESPONSIVE PLEADINGS DEADLINE**<br><br>Hon. Richard Seeborg<br><br><br>Trial:    None set |

　　　　The parties, by and through their counsels, have reached the following stipulation:

　　　　1.　　This action was filed on November 2, 2016.  All defendants have been served and plaintiff's certificate of service was filed on January 11, 2017.  An ADR Phone Conference is scheduled for January 31, 2017 at 11:30 a.m.

　　　　2.　　All parties have agreed to participate in an early settlement conference before a Magistrate Judge of the Court by February 28, 2017, or such date thereafter as is convenient for the Court.

3. In the interest of avoiding unnecessary expenses and costs, all parties further agree that all named defendants' responsive pleadings to plaintiff's complaint are to be filed and served 30-days from the date of the early settlement conference.

Respectfully submitted,

Dated: January 25, 2017  ALLEN, GLAESSNER,
           HAZELWOOD & WERTH, LLP

By: _/s/ Steven D. Werth_
  STEVEN D. WERTH
  Attorneys for Defendants
  SENECA FAMILY OF AGENCIES

Dated: January ___, 2017  TOLLNER LAW GROUP

By: _____
  DAVID TOLLNER
  SARAH FAIRCHILD
  AMANDA O'NEIL
  Attorneys for Plaintiff
  M.F., a minor, by and through his Parent and
  Guardian ad Litem, Stephanie FARRAJ

Dated: January ___, 2017  MATHENY, SEARS, LINKERT & JAIME, LLP

By: _____
  RONALD E. ENABNIT
  Attorneys for Defendants HAYWARD
  UNIFIED SCHOOL DISTRICT, EYDIE
  DALTON-SAUSEDO, TAMMY WATSON,
  CHARMAINE WOOD, JONATHAN LYON,
  EDWARD DORSEY, ITOCO GARCIA,
  MATTHEW CLARK, MIRIAM GALAVIN

IT IS SO ORDERED.

DATED: 1/26/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

149316.1

2

STIP AND ORDER RE ESC AND
RESPONSIVE PLEADING DEADLINE
3:16-CV-06409-RS

1    3.    In the interest of avoiding unnecessary expenses and costs, all parties further agree that all named defendants' responsive pleadings to plaintiff's complaint are to be filed and served 30-days from the date of the early settlement conference.

Respectfully submitted,

Dated: January ___, 2017          ALLEN, GLAESSNER,
                                  HAZELWOOD & WERTH, LLP


By:  /s/
     ─────────────────────────
     STEVEN D. WERTH
     Attorneys for Defendants
     SENECA FAMILY OF AGENCIES


Dated: January 25, 2017           TOLLNER LAW GROUP


By: ─────────────────────────
    DAVID TOLLNER
    SARAH FAIRCHILD
    AMANDA O'NEIL
    Attorneys for Plaintiff
    M.F., a minor, by and through his Parent and
    Guardian ad Litem, Stephanie FARRAJ


Dated: January ___, 2017          MATHENY, SEARS, LINKERT & JAIME, LLP


By: ─────────────────────────
    RONALD E. ENABNIT
    Attorneys for Defendants


IT IS SO ORDERED.


DATED: ─────────────────────      ─────────────────────────────────────
                                  HONORABLE RICHARD SEEBORG
                                  UNITED STATES DISTRICT COURT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

149316.1

that all named defendants' responsive pleadings to plaintiff's complaint are to be filed and served 30-days from the date of the early settlement conference.

Respectfully submitted,

Dated: January ___, 2017        ALLEN, GLAESSNER,
                                HAZELWOOD & WERTH, LLP


By: __/s/_____
    STEVEN D. WERTH
    Attorneys for Defendants
    SENECA FAMILY OF AGENCIES


Dated: January ___, 2017        TOLLNER LAW GROUP


By: _____
    DAVID TOLLNER
    SARAH FAIRCHILD
    AMANDA O'NEIL
    Attorneys for Plaintiff
    M.F., a minor, by and through his Parent and
    Guardian ad Litem, Stephanie FARRAJ


Dated: January 25, 2017         MATHENY, SEARS, LINKERT & JAIME, LLP


By: _____
    RONALD E. ENABNIT
    Attorneys for Defendants


IT IS SO ORDERED.


DATED: _____

                                _____
                                HONORABLE RICHARD SEEBORG
                                UNITED STATES DISTRICT COURT JUDGE